Gary Harre, ESQ. (Bar No. 86938)
Diane Beall, ESQ. (Bar No. 86877)
Global Capital Law, PC
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Phone: (714) 907-4182
Fax: (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Debtor and Plaintiff,
Brian W Davies

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BRIAN W DAVIES,<br>    Debtor.<br><br>BRIAN W DAVIES,<br>    Plaintiff,<br>vs.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF THE RESIDENTIAL ASSET SECUITIZATION TRUST 2007-A5, MORTGAGE PASS THROUGH SERIES 2007-E, UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST; et. al.;<br>    Defendants. | **Chapter 7**<br><br>**Bk Case No. 6:10-bk-37900-SC**<br><br>**Ap Case No. 6:11-ap-01001-SC**<br><br>**NOTICE OF APPEAL**<br><br>BAP Rule 8001-(a)-1<br>Entry of orders will be forwarded under separate cover |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST** BRIAN W DAVIES, the Debtor and Plaintiff appeals under *28 U.S.C. §158(b)* or *(d)(1)* from the Honorable Scott C. Clarkson, bankruptcy judge granting the Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY'S Motion for Judgment on the Pleadings and Denying Plaintiff's Motion for Judgment on the Pleadings or alternatively Summary Adjudication heard and

**NOTICE OF APPEAL**

- 1 -

decided on May 3, 2011.

The Bankruptcy Appellate Panel is authorized to hear this appeal pursuant to 28 U.S.C. §158(c)(1). The Appellant party has a right to have the appeal heard by the district court. The Appellant may elect within the time provided in 28 U.S.C. (c)(1)(B) to have the appeal heard by the district court.

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Attorneys for the Appellant</u>, BRIAN W DAVIES

Gary Harre, ESQ. (Bar No. 86938)
Diane Beall, ESQ. (Bar No. 86877)
Global Capital Law, PC
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Phone: (714) 907-4182
Email: ghcmecf@gmail.com

<u>Attorneys for the Appellee</u>, Deutsche Bank National Trust Company as Trustee of the Residential Asset Securitization Trust 2007-A5, Mortgage Pass Through Series 2007-E, Under The Pooling And Servicing Agreement Dated March 1, 2007, Its Assigns and/or Successors In Interest.

Loraine L Pedowitz (Bar No. 120614) Andrew E. Miller (Bar No. 213504)
Sarina Saluja (Bar No. 253781) Allen Matkins Leck Gamble Mallory & Natsis
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309

Dated: May 6, 2011                    GLOBAL CAPITAL LAW

_____
GARY HARRE, ESQ.
DIANE BEALL, ESQ.
Attorneys for BRIAN W DAVIES
Plaintiff and Debtor

**NOTICE OF APPEAL**

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 8700 Warner Avenue, Fountain Valley, California 92708

A true and correct copy of the foregoing document described as **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **NOTICE OF APPEAL** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

```
Gary L Harre   ghcmecf@gmail.com
Andrew E Miller        amiller@allenmatkins.com
Loraine L Pedowitz lpedowitz@allenmatkins.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
Patricia J Zimmermann (TR) pjztrustee@aol.com,
                    pzimmermann@ecf.epiqsystems.com
```

II. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 6, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Honorable Scott C. Clarkson**
**411 West Fourth Street, Suite 5130**
**Santa Ana, CA 92701-4593**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| MAY 6, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF APPEAL**

- 3 -