Gary Harre, ESQ. (Bar No. 86938)
Diane Beall, ESQ. (Bar No. 86877)
Global Capital Law, PC
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Phone: (714) 907-4182
Fax: (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Debtor and Plaintiff, Brian W Davies

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BRIAN W DAVIES,<br>    Debtor.<br>_____<br>BRIAN W DAVIES,<br>    Plaintiff,<br>vs.<br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF THE RESIDENTIAL ASSET SECUITIZATION TRUST 2007-A5, MORTGAGE PASS THROUGH SERIES 2007-E, UNDER THE POOLING AND SERVICING AGREEMENT DATED MARCH 1, 2007, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST; et. al.;<br>    Defendants. | **Chapter 7**<br>**Case No. 6:10-BK-37900-SC**<br>**Case No. 6:11-ap-01001-SC**<br>**BAP No. CC-11-1221**<br><br>**NOTICE OF HEARING ON THE EMERGENCY MOTION OF APPELLANT BRIAN W DAVIES FOR STAY PENDING APPEAL OF THE ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION**<br><br>Bankruptcy Rule 9075-1(a)<br><br>Date:    May 17, 2011<br>Time:    3:30 p.m.<br>Place:    Courtroom 126<br><br>3420 Twelfth Street<br>Riverside, California |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Hearing on the:

EMERGENCY MOTION OF APPELLANT BRIAN W DAVIES FOR STAY PENDING APPEAL OF THE ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION has been scheduled for **May 17, 2011** at **3:30 p.m. in Courtroom 126, located at 3420 Twelfth Street Riverside, CA**.

Respectfully Submitted,

Dated: May 16, 2011

                          **GLOBAL CAPITAL LAW, P.C.**

                                /s/Gary Harre

                        _____

Gary Harre, Esq.
Diane Beall, Esq.
Attorneys for Appellant, Brian W. Davies

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 8700 Warner Avenue, Fountain Valley, California 92708

A true and correct copy of the foregoing document described as notice of **NOTICE OF HEARING ON THE EMERGENCY MOTION OF APPELLANT BRIAN W. DAVIES FOR STAY PENDING APPEAL OF THE ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING** ("NEF") - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On NOTICE OF APPEAL I checked the CM/ECF docket for this bankruptcy case or adversary proceeding May 16, 2011 and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Gary L Harre** ghcmecf@gmail.com
**Andrew E Miller** amiller@allenmatkins.com
**Loraine L Pedowitz**    lpedowitz@allenmatkins.com
**United States Trustee** (RS)    ustpregion16.rs.ecf@usdoj.gov
**Patricia J Zimmermann** (TR) pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

**II. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 16, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Andrew E. Miller, Esq.**
**Loraine L. Pedowitz, Esq.**
**Sarina Saluja, Esq.**
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
**By telephone on May 16, 2011 @ 3:08 p.m. to: (213) 622-5555**

**and by Facsimile to:  (213) 620-8816**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| <u>MAY 16, 2011</u> | <u>Delores Jackson</u> | <u>/s/ Delores Jackson</u> |