FILED & ENTERED

MAY 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BRIAN W. DAVIES. | Case No. 6:10-BK-37900-SC<br><br>Chapter 7 |
| BRIAN W. DAVIES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2007-A-5, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-E, UNDER THE POOLING AND SERVICING AGREEMENT DATED March 1, 2007, ITS ASSIGNS, AND/OR SUCCESSORS IN INTEREST; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive,<br><br>Defendants. | Adv. No. 6:11-AP-01001-sc<br><br>Bap No.: CC-11-1221<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION<br><br>Date:    May 17, 2011<br>Time:    3:30 p.m.<br>Ctrm:    5C<br>Judge:   Hon. Scott C. Clarkson<br><br>Complaint Filed:   January 11, 2011 |

On May 17, 2011 at 3:30 p.m. in courtroom 5C of the above-mentioned

Court, Plaintiff's Emergency Motion for Stay Pending Appeal of the Orders

Granting Defendant Deutsche Bank National Trust Company's Motion for Judgment

1  on the Pleadings and Denial of Plaintiff's Motion for Judgment on the Pleadings
2  and/or Summary Adjudication came on for hearing before this Court. Sarina Saluja
3  of Allen Matkins Leck Gamble & Mallory LLP appeared telephonically on behalf of
4  Deutsche Bank. Diane Beall, of Global Capital Law PC, appeared on behalf of
5  Plaintiff Brian W. Davies.
6  For the reasons set out on the record, the Plaintiff's Motion is DENIED.

8  **IT IS SO ORDERED.**

10                                              ###

27  DATED: May 23, 2011
                                                _____
                                                United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 515 South Figueroa Street, Ninth Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as

[PROPOSED] ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gary L Harre    ghcmecf@gmail.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Patricia J Zimmermann (TR)    pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 20, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via FedEx
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Central District of California
411 West Fourth Street, Room 5C
Santa Ana, CA 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on             , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2011 | Marcella Lyons | /s/ Marcella Lyons |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) [PROPOSED] ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDERS GRANTING DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND DENIAL OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND OR SUMMARY ADJUDICATION was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 20, 2011 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Gary L Harre    ghcmecf@gmail.com
Andrew E Miller    amiller@allenmatkins.com
Loraine L Pedowitz    lpedowitz@allenmatkins.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Patricia J Zimmermann (TR)    pjztrustee@aol.com, pzimmermann@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page